UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:13-cr-20- PB |
| ) | |
| GARVIN PETERS ) | |

INDICTMENT  13 CRM 307

The Grand Jury charges that:

1. The "National Passport Center" is a facility operated by the United States Department of State, Bureau of Consular Affairs, for the filing, processing and adjudication of Applications for United States Passports (forms DS-11) and Applications for United States Passports by Mail (forms DS-82), which are used to apply for passport renewals. At all times relevant to this Indictment, the facility was located at 207 International Drive, Portsmouth, N.H.

## COUNT ONE
[False Statements -18 U.S.C. § 1001(a)(2)]

2. On or about July 19, 2011, in the District of New Hampshire and elsewhere, the defendant,

**GARVIN PETERS,**

in a matter within the jurisdiction of the United States Department of State, an agency of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious and fraudulent statements and representations, in connection with an Application for United States Passport by Mail (form DS-82), in that the defendant GARVIN PETERS executed an Application for United States Passport by Mail (form DS-82), which was subsequently received at the National Passport Center. In order to induce and secure the issuance of a United States Passport, defendant GARVIN PETERS falsely stated on the



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 4 2013

Case 1:13-cr-00020-PB   Document 1   Filed 03/13/13   Page 2 of 2

application a name, social security number, date of birth, and place of birth that were not his own. GARVIN PETERS knew that these statements and representations were false when made.

In violation of Title 18, United States Code, Section 1001 (a)(2).

A TRUE BILL

March 13, 2013

/s/ Foreperson
Foreperson

JOHN P. KACAVAS
United States Attorney

By : /s/ Alfred Rubega
Alfred Rubega
Assistant United States Attorney
District of New Hampshire

# U.S. Department of Justice

**Rule 20 -- Transfer Notice**

| To: Alfred Rubega, Assistant United States Attorney | District: District of New Hampshire | Date: April 15, 2013 |
|---|---|---|
| Name of Subject: Garvin Peters | Statute Violated: 18 U.S.C. 1001(a) | File Data *(Initials and Number)*: 13 Cr. 20-01-PB |

## Part A -- District of Arrest

[X] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

[ ] Other *(Specify)*:

[ ] The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea    Date of Sentence    Sentence

| From *(Signature and Title)*: /s/ , AUSA | Address: U.S. Attorney's Office, One St. Andrew's Plaza, New York, NY 10007 |
|---|---|

## Part B -- District of Offense

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock

*(Kindly notify me of any anticipated delay)*
[ ] Enclosed are two certified copies of indictment or information    Docket No. _____

[ ] Please have defendant execute waiver of indictment.

[ ] Other *(Specify)*

| Signature *(Name and Title)*: Alfred Rubega AUSA | District: New Hampshire | Date: 04/17/13 |
|---|---|---|

See United States Attorneys Manual 9-14,000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV 85

CLOSED

# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00020-PB-1

Case title: USA v. Peters

Date Filed: 03/13/2013
Date Terminated: 04/18/2013

Assigned to: Judge Paul J. Barbadoro

**Defendant (1)**

**Garvin Peters**
*TERMINATED: 04/18/2013*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18 U.S.C. § 1001(a)(2) - False Statements
(1)

**Disposition**

Rule 20 to USDC - Southern District of New York

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**
USA

represented by **Alfred J.T. Rubega**
US Attorney's Office (NH)
James C. Cleveland Federal Building
53 Pleasant St, 4th Flr
Concord, NH 03301-0001
603 225-1552
Email: alfred.rubega@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2013 | 1 | INDICTMENT as to Garvin Peters (1) count(s) 1. *Original document available in clerks office.* (vln) (Entered: 03/14/2013) |
| 03/13/2013 | 3 | Praecipe for Warrant by USA as to Garvin Peters. (vln) (Entered: 03/14/2013) |
| 03/13/2013 |   | Arrest Warrant Issued as to Garvin Peters. Original warrant and copies to US Marshal and US Probation. (vln) (Entered: 03/14/2013) |
| 03/28/2013 |   | Arrest of Garvin Peters in District of Southern District of New York. (vln) Modified on 4/9/2013 to correct "DATE FILED" from "4/9/2013" to "3/28/2013" (kad). (Entered: 04/09/2013) |
| 04/09/2013 | 4 | Removal Documents Received from District of Southern District of New York as to Garvin Peters. (Attachments: # 1 Exhibit (Affidavit), # 2 Indictment, # 3 Arrest Warrant, # 4 Notice of Appearance, # 5 Appearance Bond, # 6 Order Setting Conditions, # 7 Bail Disposition, # 8 Docket Entries)(vln) (Entered: 04/09/2013) |
| 04/09/2013 |   | Corrective Entry to Arrest - Other District. Entry corrected by changing "DATE FILED" from "4/9/2013" to "3/28/2013" by Garvin Peters. (kad) (Entered: 04/09/2013) |
| 04/11/2013 |   | NOTICE OF HEARING as to Garvin Peters. Arraignment set for 4/23/2013 02:00 PM before Magistrate Judge Landya B. McCafferty. (js) (Entered: 04/11/2013) |
| 04/18/2013 | 5 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Southern District of New York. Counts closed as to Garvin Peters (1) Count 1. (vln) (Additional attachment(s) added on 4/22/2013: # 1 Transfer Notice, # 2 Cover Letter) (vln). (Entered: 04/22/2013) |
| 04/22/2013 | 6 | Letter to Clerk, USDC Southern District of New York from Deputy Clerk re: Rule 20 Transfer (vln) (Entered: 04/22/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/24/2013 08:30:47 | | | |
| PACER Login: | us5070 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:13-cr-00020-PB |
| Billable Pages: | 2 | Cost: | 0.20 |



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 15, 2013

Jim Molinelli
Magistrate Clerk's Office
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007

        Re:    **United States v. Garvin Peters,**
                13 Cr. 20-01-PB (D.N.H.)

Dear Mr. Molinelli:

      Please find enclosed certain paperwork in connection with the transfer of the above-captioned criminal case, pursuant to Federal Rule of Criminal Procedure 20, from the District of New Hampshire to the Southern District of New York. Specifically, please find enclosed:

      1) an original, fully executed "Consent to Transfer" form;

      2) an original, fully executed "Rule 20-Notice of Transfer" form; and

      3) original filings in the District of New Hampshire or certified copies thereof.

      This matter will need to be wheeled out to a District Judge in this district for plea and sentencing. Please contact me at (212) 637-2340, and I will provide to you the necessary information sheets and designation sheets.

                              Very truly yours,

                              PREET BHARARA
                            United States Attorney

        By: _____
              Andrew C. Adams
              Assistant United States Attorney
              (212) 637-2340

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

April 22, 2013

Clerk Ruby J. Krajick
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Criminal No. <u>13-cr-20-01-PB, United States of America v. Garvin Peters</u>

The above case has been transferred to your jurisdiction pursuant to Fed. R. Crim. P. Rule 20.

We enclose the following items:

   Certified copies of file document:
      Consent to Transfer Jurisdiction

   Certified copy of the docket sheet.

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

JAMES R. STARR, Clerk

By: <u>/s/ *Vincent L. Negron*</u>
   Vincent L. Negron
   Deputy Clerk

Enclosures

cc:   Alfred Rubega, Esq.
      Damien Brown, Esq.